IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SEAN PATRICK REILLY,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00237-MP-GRJ

LARRY CAMPBELL, et al,

    Defendants.

_____/

## O R D E R

Plaintiff's inmate account information was docketed after an order was prepared and entered later the same day directing him to file this information. (See Docs. 3 and 4). As required by the Court's Order, Plaintiff must still file a motion for leave to proceed *in forma pauperis* and file a signed Prisoner Consent Form by the deadline given. Plaintiff does not need to submit the inmate account information again.

**DONE AND ORDERED** this 2nd day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge