IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SEAN PATRICK REILLY,

     Plaintiff,

v.                                  CASE NO. 1:10-cv-00237-MP-GRJ

LARRY CAMPBELL, et al,

     Defendants.

_____/

## O R D E R

This matter is before the Court upon the filing of Plaintiff's Amended Complaint. Plaintiff alleges that Defendants denied Plaintiff access to the law library and legal materials while Plaintiff – who was proceeding *pro se* – was preparing for his criminal trial and sentencing (Doc. 10).

The Amended Complaint has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the Amended Complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the Amended Complaint should be directed.

At this point, Plaintiff must submit service copies of the Amended Complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the Amended Complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named four (4) defendants in this action, Plaintiff must provide the Court with four additional copies of the Amended Complaint that are identical to the Amended Complaint (Doc. 10) filed with the Court.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until **January 6, 2011,** to provide the Court with four (4) identical copies of the Amended Complaint for service on the Defendants.

2.  **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this 23rd  day of December, 2010.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge