IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SEAN PATRICK REILLY,

    Plaintiff,

v.                                                       CASE NO. 1:10-cv-237-GRJ

LARRY CAMPBELL, et al,

    Defendants.

_____/

## O R D E R

    Pending before the Court is Doc. 22, Defendants' motion for an extension of time to respond to the First Amended Complaint. Upon due consideration, it is **ORDERED**

    That the motion, Doc. 22, is **GRANTED**. Defendants shall respond to the First Amended Complaint **on or before April 21, 2011.**

    **DONE AND ORDERED** this 8th day of April 2011.

                          *s/ Gary R. Jones*
                          GARY R. JONES
                          United States Magistrate Judge